UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AMANDA Q,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:24-cv-00972-TMC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 12, 2024, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including December 26, 2024, to file a reply brief.

DATED this 8th day of November 2024.

_____
UNITED STATES DISTRICT JUDGE

Page 1        ORDER - [2:24-CV-00972-TMC]

Presented by:

s/ John B. Drenning
JOHN B. DRENNING
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-3857
john.drenning@ssa.gov